IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                      Chapter 13
                                                            Case No. 14-34567-EPK
MARCIA E. WALKER,

               Debtor.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

      JPMorgan Chase Bank, N.A. ("Chase"), as servicer to Wells Fargo Bank, N.A., as Trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 ("Wells Fargo"), and Marcia E. Walker (the "Debtor"), move this Court to approve the settlement agreement set forth below, and in support thereof state as follows:

      1.      This is a chapter 13 bankruptcy matter filed by the debtor, Marcia Walker.

      2.      Wells Fargo is the owner and holder of a promissory note and mortgage executed by Marcia Walker and serviced by Chase.

      3.      Pursuant to the terms of the applicable note and mortgage, the Debtor is required to pay property taxes and maintain insurance on the property. Pre-petition, Chase advanced funds on the Debtor's behalf for property taxes and homeowner's insurance, and on the petition date, the escrow advance balance (representing the amount of disbursements Chase had made but had not recouped) totaled $23,226.28 (the "Pre-petition Escrow Claim"). The Pre-petition Escrow Claim is being paid through the Debtor's confirmed plan as part of Chase's pre-petition arrearage claim.

      4.      Post-petition, Chase continued to advance funds on the Debtor's behalf to cover property taxes and homeowner's insurance. As of May 1, 2018, Chase had advanced funds

during the Debtor's bankruptcy case in the amount of $30,671.94 (the "Post-petition Escrow Disbursements").

5. Debtor has received the benefits of the escrow advances made by Chase on the Debtor's behalf to protect its security interest in the mortgaged property.

6. Chase and Debtor have reached an agreement regarding the repayment of certain Post-petition Escrow Disbursements.

7. In an effort to amicably resolve the dispute between the parties, Chase has agreed to credit Debtor's escrow account in the total amount of $22,466.07 (the "Settlement Credit"). Following application of the Settlement Credit, Chase shall prepare a new escrow analysis and file a Notice of Mortgage Payment Change (the "New PCN"), which shall establish the amount of the Debtor's ongoing monthly mortgage payment.

8. The Debtor has agreed to repay the difference between the Settlement Credit and the Post-petition Escrow Disbursements, amounting to $8,205.87 (the "Escrow Repayment Amount"), which represents the amounts Chase disbursed on October 13, 2017 for homeowner's insurance and on November 17, 2017 for property taxes.

9. The Escrow Repayment Amount, in addition to any escrow shortage that may be present on the New PCN, shall be repaid by the Debtor over a period of sixty (60) months. The New PCN shall establish an ongoing monthly mortgage payment that takes into account the aforementioned sixty (60) month repayment spread.

10. The foregoing settlement agreement between Chase and Debtor is in the best interest of the parties and does not negatively impact the bankruptcy estate. No party will be prejudiced by the settlement agreement.

WHEREFORE, Chase and Debtor respectfully request that the Court approve the settlement agreement between the parties and grant any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Ezequiel J. Romero
Florida Bar No. 868817
Ezequiel J. Romero
Florida Bar No. 107216
BRYAN CAVE LEIGHTON PAISNER, LLP
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: romeroe@bryancave.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2019, a true and correct copy of the foregoing was furnished to all parties on the service list.

/s/ Ezequiel J. Romero
Ezequiel J. Romero

**SERVICE LIST**

**DEBTOR**
MARCIA E. WALKER
1237 SW PAAR DR
PORT SAINT LUCIE, FL 34953

**ATTORNEY FOR DEBTOR**
VICTORIA MORALES, ESQUIRE
1036 SANCTUARY COVE
NORTH PALM BEACH, FL 33410

**CREDITOR(S)**
ALBERTELLI LAW
POB 23028
TAMPA, FL 33623

AMERICAN INFOSOURCE LP
C/O MIDLAND FUNDING LLC
POB 268941
OKLAHOMA CITY, OK 73126

CHASE
POB 15298
WILIMINGTON, DE 19850

CHASE BANK
POB 24696
COLUMBUS, OH 43224

CHASE MANHATTAN MORTGAGE CORP
ATTN: BANKRUPTCY DEPARTMENT
3415 VISION DRIVE
COLUMBUS, OH 43219-6009